JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTKHIK ESTOIAN,<br><br>      Petitioner,<br><br>v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>      Respondents. | Case No. 5:26-cv-01243-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 11, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE